UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CROCKER, | No. 2:22-cv-01924 DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff was granted authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). ECF No. 3. As part of the screening process required by § 1915, plaintiff's initial complaint was screened and plaintiff was given the option to proceed on certain claims against certain defendants, or to file an amended complaint. ECF No. 3 at 13. Plaintiff filed notice with the court that he wishes to proceed on the claims that that the undersigned previously found sufficient to proceed: Claims One through Five of the Complaint against defendants County of Amador, Justin Coletti, and Luke McElifish. ECF No. 4.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:
   - County of Amador
   - Justin Coletti

- Luke McElfish

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: November 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   BENJAMIN CROCKER,                    No. 2:22-cv-1924 DAD AC PS
12              Plaintiff,
13        v.                              NOTICE OF SUBMISSION
14   COUNTY OF AMADOR, et al.,
15              Defendants.
16
17        Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with
18   the court's order filed _____:
19        ____   completed summons form
20        ____   completed USM-285 form
21        ____   copy of the complaint
22        ____   completed form to consent or decline to consent to magistrate judge jurisdiction
23
24   _____        _____
     Date                                    Plaintiff's Signature
25
26
27
28
                                              1