**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Francesca C. Torres, SBN 347674
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
ftorres@porterscott.com

Attorney for Defendants, COUNTY OF AMADOR, JUSTIN COLETTI AND LUKE MCELFISH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BENJAMIN CROCKER, | Case No.: 2:22-cv-1924-DAD-AC |
| Plaintiff, | [**PROPOSED**] ORDER ON DEFENDANTS COUNTY OF AMADOR, JUSTIN COLETTI AND LUKE MCELFISH'S NOTICE OF REQUEST TO SEAL DOCUMENTS |
| vs. | |
| COUNTY OF AMADOR, JUSTIN COLETTI, in his individual and professional capacity, LUKE McELFISH, in his individual and professional capacity, RYAN GILLASPIE, in his individual and professional capacity, MICHAEL RICE, in his individual and professional capacity, TODD RIEBE, in his individual and professional capacity MICHELLE ADAMSON, in her individual and professional capacity, JOHN STEPHEN HERMANSON, in his individual and professional capacity, ANDREA SEXTON, in her individual and professional capacity, and DOES 1-50, inclusive, | Complaint Filed: October 26, 2022 |
| Defendants. / | |

Defendants COUNTY OF AMADOR, JUSTIN COLETTI and LUKE MCELFISH ("Defendants") has filed with the Court a Request to Seal Documents. The document to be sealed is Exhibit E to the Request for Judicial Notice submitted in support of Plaintiffs' Motion to Dismiss.

Having considered the Request, and good cause/compelling reasons appearing therefore, the

Request to seal is GRANTED. Accordingly, the following documents are hereby ordered sealed:

    1.    **Exhibit E** to the Request for Judicial Notice to Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  February 27, 2023

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE