UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CROCKER, | No. 2:22-cv-01924-DAD-AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

On February 14, 2023, defendants filed a motion to dismiss set to be heard on March 29, 2023. ECF No. 10. Per Local Rule 230, plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was February 28, 2023. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 29, 2023 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

////

////

////

1

1  to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.
2      IT IS SO ORDRED.
3  DATED: March 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE